# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| ROBERT TAYLOR, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 2:06-cv-0590-KOB-RRA |
| CAPTAIN ROBINSON, et al., | ) |
| Defendants. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on January 29, 2008, recommending that this action, filed pursuant to 42 U.S.C. § 1983, be dismissed as frivolous and for failing to state a claim upon which relief can be granted under 28 U.S.C. § 1915A(b).  No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED.  Accordingly, the complaint is due to be dismissed as frivolous and for failing to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915A(b).  A Final Judgment will be entered.

DATED this 28th day of February 2008.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE